UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRET WALKER,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>CONSUMER OPINION SERVICES, INC.,<br><br>　　　　Garnishee. | NO. 2:19-MC-00016-RSL<br><br>(2:98-CR-00687-JCC-3)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Bret Walker, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Consumer Opinion Services, Inc., filed its Answer on May 29, 2019, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Bret Walker (Mr. Walker), was an active employee who was paid bi-weekly.

CONTINUING GARNISHEE ORDER (*USA v. Bret Walker & Consumer Opinion Services, Inc.,* 2:98-CR-00687-JCC-3 / 2:19-MC-00016-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about February 20, 2019, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Consumer Opinion Services, Inc., shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor Consumer Opinion Services, Inc., upon each period of time when Defendant/Judgment Debtor Walker is entitled to receive such funds; and (2) the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including the Profit Sharing plan and the 401K plan, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Walker's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Walker's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

**CONTINUING GARNISHEE ORDER (***USA v. Bret Walker & Consumer Opinion Services, Inc.,* **2:98-CR-00687-JCC-3 / 2:19-MC-00016-RSL) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Defendant/Judgment Debtor Walker's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:98-CR-00687-JCC-3 and 2:19-MC-00016-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 29th day of July, 2019.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Bret Walker & Consumer Opinion Services, Inc.,* **2:98-CR-00687-JCC-3 / 2:19-MC-00016-RSL) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970